PER CURIAM.
Affirmed. See Aleong v. State, Dep’t of Bus. & Prof l Reg., 963 So.2d 799, 801 (Fla. 4th DCA 2007); see also Envtl. Res. As-socs. of Fla., Inc. v. State, Dep’t of Gen. Servs., 624 So.2d 330 (Fla. 1st DCA 1993); Gann v. Dep’t of Children & Family Servs., 813 So.2d 237, 239 (Fla.'2d DCA 2002); Williams v. Albertson’s, Inc., 879 So.2d 657, 659 (Fla. 5th DCA 2004).
WARNER, GROSS and LEVINE, JJ., concur.